# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.B., a minor, by and through her Guardian Ad Litem VICKY BURKE,<br><br>Plaintiff,<br><br>v.<br><br>SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT, A Local A Local Educational Agency and CALIFORNIA DEPARTMENT OF EDUCATION, a State Educational Agency,<br><br>Defendants. | Case No. SACV-11-1829 SVW (Ex)<br><br>**JUDGMENT**<br><br>Date Action Filed:  November 29, 2011 |

## JS-6

The Court, having considered the briefs of the parties and the administrative record, and good cause appearing, orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1) Plaintiffs take nothing by reason of their Complaint;

2) Judgment is entered in favor of Defendant Saddleback Valley Unified School District in accordance with the Court's September 12, 2012 In Chambers Order Re Appeal, which affirmed the Office of Administrative Hearings Decision, dated October 6, 2011.

3) Defendant Saddleback Valley Unified School District is the prevailing

party for purposes of the underlying administrative action and the instant appeal thereof; and

    4)     Plaintiff's Complaint is dismissed.

Dated: September 20, 2012

_____
Hon. Stephen V. Wilson
Judge, United States District Court